```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :    ORDER
UNITED STATES OF AMERICA                      :
                                              :
            - v. -                            :    S8 10 Cr. 336 (LAK)
                                              :
RAYMOND BITAR,                                :
                                              :
            Defendant.                        :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2012

WHEREAS the defendant, Raymond Bitar, was arrested on July 2, 2012 in the connection with the above-captioned matter, and was presented before a United States Magistrate Judge in this district; and

WHEREAS on July 2, 2012, the United States Magistrate Judge presiding over the presentment in this matter ordered that the defendant be released on conditions, including principally the filing of a bond secured by money or property; and

WHEREAS this Court may modify or amend conditions of release set by a Magistrate Judge pursuant to 18 U.S.C. § 3145; and

WHEREAS this Court will hold a hearing on July 9, 2012 at 2:00 PM to determine *de novo* whether the conditions imposed by the United States Magistrate Judge are sufficient to reasonably assure the appearance of the defendant or whether any such conditions or combination of conditions exist, pursuant to 18 U.S.C. § 3142(b) and (g); it is hereby

ORDERED that, the order issued on July 2, 2012 providing for the defendant's release on conditions is hereby STAYED pending further order of this Court.

SO ORDERED:

_____
~~LEWIS A. KAPLAN~~ Paul A. Engelmayer
UNITED STATES DISTRICT JUDGE
*sitting in Part I*

DATED: New York, New York
       July 6, 2012