UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA        :

        -v-        :        ORDER 12Cr529

RAYMOND BITAR        :        ~~SS 10 Cr. 336~~

        Defendant.        :

- - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/12

    Upon the application of the Government, by and through Assistant United States Attorney], and with the consent of RAYMOND BITAR, by and through Roberto Finzi, Esq., it is hereby ORDERED that a conference in this case will be set for September 18, 2012 at 10:00 a.m.

    The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to review discovery and engage in plea discussions. Accordingly, it is further ORDERED that the time between the date of this order and 9/18/12 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated: New York, New York
      August 1, 2012

                        /s/ Barbara S. Jones
                        Hon. Barbara Jones
                        UNITED STATES DISTRICT JUDGE