PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

212-373-3021

212-492-0021

jbaughman@paulweiss.com

September 19, 2012

**BY HAND TO CHAMBERS**

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Raymond Bitar

Dear Judge Jones:

      We represent Ray Bitar and write with the government's consent to request a modification of the agreed-upon conditions of his bail.

      Mr. Bitar voluntarily surrendered on July 2, 2012. Thereafter, the government and the defense agreed to certain bail conditions that included, among other things: (i) the posting of a bond secured by cash and co-signed by five financially responsible persons; and (ii) electronic monitoring. Having met the conditions for his release, Mr. Bitar has since been residing at his home in Glendora, California. Although there is some confusion about whether the agreed-upon bail package contained a

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 09/20/2012

12 CR 529 (BSJ)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Barbara S. Jones 2

requirement of home detention.[1] Mr. Bitar has in fact remained confined to his home without incident for the last ten weeks.

With the government's consent, we now request that Mr. Bitar's bail conditions be modified (or, in light of uncertainty on this point, clarified) to permit him to leave his residence without prior permission between the hours of 9:00 a.m. and a 9:00 p.m. curfew. Should he wish to leave his home outside those hours, Mr. Bitar will continue to request permission from his supervising pre-trial services officer, and all other conditions of his bail will remain unaffected.

If the Court has any questions, we are happy to address them. If the modification proposed is acceptable, we respectfully request that Your Honor "So Order" this letter so that we may provide a copy to pre-trial services.

Thank you.

Respectfully submitted,

John F. Baughman

cc: AUSA Niketh Velamoor
    AUSA Arlo Devlin Brown

SO ORDERED:

Hon. Barbara S. Jones, USDJ

9-19-12

---

[1] The agreed upon bail package presented to Judge Engelmeyer did not include a reference to home detention, but the bond signed by the defendant and the government does.