

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2013

BY FAX

The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
FAX: (212) 805-7941

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-4-13
```

Re: United States v. Raymond Bitar
12 Cr. 529 (LAP)

Dear Judge Preska:

① Following a discussion with Your Honor's deputy, the Government writes, on behalf of both parties, to request that the status conference scheduled for April 2, 2013 be adjourned until April 8, 2013 at 3:30p.m. Your Honor's deputy has informed the parties that this date and time would be convenient for the Court. The Government further requests that the time ② between today and April 8, 2013 be excluded under the Speedy Trial Act so that the parties can continue discussions regarding a disposition of the case. Defense counsel has no objection to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
Niketh Velamoor
Assistant United States Attorney
Tel.: (212) 637-1076

SO ORDERED
_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 4, 2013

Enclosure

cc: Roberto Finzi, Esq.
    Fax: (212) 492-0311

TOTAL P.002