# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212-373-3021

WRITER'S DIRECT FACSIMILE
212-373-2006

WRITER'S DIRECT E-MAIL ADDRESS
jbaughman@paulweiss.com

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

April 5, 2013

MATTHEW W. ABBOTT, ALLAN J. ARFFA, ROBERT A. ATKINS, DAVID J. BALL, JOHN F. BAUGHMAN, LYNN B. BAYARD, DANIEL J. BELLER, CRAIG A. BENSON, MITCHELL L. BERG, MARK S. BERGMAN, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, ANGELO BONVINO, JAMES L. BROCHIN, RICHARD J. BRONSTEIN, DAVID W. BROWN, SUSANNA M. BUERGEL, PATRICK S. CAMPBELL*, JESSICA S. CAREY, JEANETTE K. CHAN, YVONNE Y.F. CHAN, LEWIS R. CLAYTON, JAY COHEN, KELLEY A. CORNISH, CHRISTOPHER J. CUMMINGS, CHARLES E. DAVIDOW, DOUGLAS R. DAVIS, THOMAS V. DE LA BASTIDE III, ARIEL J. DECKELBAUM, ALICE BELISLE EATON, ANDREW J. EHRLICH, GREGORY A. EZRING, LESLIE GORDON FAGEN, MARC FALCONE, ANDREW C. FINCH, BRAD J. FINKELSTEIN, ROBERTO FINZI, PETER E. FISCH, ROBERT C. FLEDER, MARTIN FLUMENBAUM, ANDREW J. FOLEY, HARRIS B. FREIDUS, MANUEL S. FREY, ANDREW L. GAINES, KENNETH A. GALLO, MICHAEL E. GERTZMAN, PAUL D. GINSBERG, ADAM M. GIVERTZ, SALVATORE GOGLIORMELLA, ROBERT D. GOLDBAUM, NEIL GOLDMAN, ERIC S. GOLDSTEIN, ERIC GOODISON, CHARLES H. GOOGE, JR., ANDREW G. GORDON, UDI GROFMAN, NICHOLAS GROOMBRIDGE, BRUCE A. GUTENPLAN, GAINES GWATHMEY, III, ALAN S. HALPERIN, JUSTIN G. HAMILL, CLAUDIA HAMMERMAN, GERARD E. HARPER, BRIAN S. HERMANN, ROBERT M. HIRSH, MICHELE HIRSHMAN, MICHAEL S. HONG, JOYCE S. HUANG, DAVID S. HUNTINGTON, JEH C. JOHNSON, MEREDITH J. KANE, ROBERTA A. KAPLAN, BRAD S. KARP, JOHN C. KENNEDY, ALAN W. KORNBERG, DANIEL J. KRAMER, DAVID K. LAKHDHIR, STEPHEN P. LAMB*, JOHN E. LANGE, DANIEL J. LEFFELL, XIAOYU GREG LIU, JEFFREY D. MARELL, MARCO V. MASOTTI, EDWIN S. MAYNARD, DAVID W. MAYO, ELIZABETH R. McCOLM, MARK F. MENDELSOHN, WILLIAM B. MICHAEL, TOBY S. MYERSON, CATHERINE NYARADY, JOHN J. O'NEIL, ALEX YOUNG K. OH, BRAD R. OKUN, KELLEY D. PARKER, MARC E. PERLMUTTER, VALERIE E. RADWANER, CARL L. REISNER, WALTER G. RICCIARDI, WALTER RIEMAN, RICHARD A. ROSEN, ANDREW N. ROSENBERG, JACQUELINE P. RUBIN, RAPHAEL M. RUSSO, JEFFREY D. SAFERSTEIN, JEFFREY B. SAMUELS, DALE M. SARRO, TERRY E. SCHIMEK, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JAMES H. SCHWAB, JOHN M. SCOTT, STEPHEN J. SHIMSHAK, DAVID R. SICULAR, MOSES SILVERMAN, STEVEN SIMKIN, JOSEPH J. SIMONS, MARILYN SOBEL, AUDRA J. SOLOWAY, TARUN M. STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, ROBYN F. TARNOFSKY, MONICA K. THURMOND, DANIEL J. TOAL, LIZA M. VELAZQUEZ, MARIA T. VULLO, ALEXANDRA M. WALSH*, LAWRENCE G. WEE, THEODORE V. WELLS, JR., BETH A. WILKINSON, STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, MARK B. WLAZLO, JULIA MASON WOOD, JORDAN E. YARETT, KAYE N. YOSHINO, TONG YU, TRACEY A. ZACCONE, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

**BY FAX TO CHAMBERS: (212) 805-7941**

The Honorable Loretta A. Preska
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-13
```

*United States v. Raymond Bitar*
12 Cr. 529 (LAP)

Dear Chief Judge Preska:

      As the Court may recall, the parties have been negotiating a resolution of this case that will take into account the Defendant's medical condition. We intend to report to the Court at the conference set for 3:30 pm on Monday. As Mr. Bitar's doctors have advised that he not travel, however, we request that his appearance be waived for this proceeding. The government does not object to this request.

So ordered
Loretta A. Preska
USDJ
April 5, 2013

Respectfully submitted,

John F. Baughman

cc: AUSA Niketh Velamoor

Doc#: US1:8477177v1