```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :   12 Crim. 529 (LAP)
                                    :
       - v. -                       :        ORDER
                                    :
RAYMOND BITAR,                      :
                                    :
            Defendant.              :
                                    :
------------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

    A plea is scheduled in the above-captioned matter for Monday, April 15, 2013, at 2:00 PM.

SO ORDERED.

Dated:   New York, New York
           April _11_, 2013

*Loretta A. Preska*
LORETTA A. PRESKA
Chief U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-13