UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>RAYMOND BITAR,<br><br>*Defendant.* | 12-Cr.-529 (LAP)<br><br>ORDER |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-13

WHEREAS, on April 15, 2013, defendant Raymond Bitar pled guilty to Counts One and Two of the Superseding Information in the above captioned action;

WHEREAS, on April 15, 2013, the Court dismissed all open counts against Mr. Bitar;

WHEREAS, on April 15, 2013, the Court imposed a sentence on Mr. Bitar of time served, forfeiture as set out in a Forfeiture Order agreed to between Mr. Bitar and the Government, and a mandatory $200 special assessment;

WHEREAS, on April 15, 2013, upon motion by counsel for Mr. Bitar, the Court exonerated Mr. Bitar's bail; and

WHEREAS, on April 23, 2013, the Court entered judgment in this action.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Pretrial Services is permitted to release Mr. Bitar's passport to him, or to his attorneys, John F. Baughman or Roberto Finzi.

2. Mr. Bitar's bail is exonerated. The Clerk's Office is directed to return the cash component upon presentment of the original receipt.

3. The Counties of San Bernardino and Los Angeles are hereby advised that bond in this case has been exonerated and, therefore,

the following Deeds of Trust placed on properties in connection with the bond may be removed:

    a.    2012-0270940 - Executed by Joseph Bashoura in favor of the United States of America for the purpose of securing payment resulting from the execution of bond on behalf of Raymond J. Bitar, recorded July 6, 2012, for the property at 7670 Plumaria Dr., Fontana, CA 92336.

    b.    2012-1003598 - Executed by Issam Houshan and Raymonda Houshan in favor of the United States of America for the purpose of securing payment resulting from the execution of bond on behalf of Raymond J. Bitar, recorded July 6, 2012, for the property at 1216 S. Barranca Ave. #C, Glendora, CA 91740.

    c.    2012-0270939 - Executed by Hillview Development, LLC in favor of the United States of America for the purpose of securing payment resulting from the execution of bond on behalf of Raymond J. Bitar, recorded July 6, 2012, for the property at 7882 Whitney Ct., Fontana, CA 92336.

    d.    2012-0270938 - Executed Tony Bashoura and Rania Bashoura in favor of the United States of America for the purpose of securing payment resulting from the execution of bond on behalf of Raymond J. Bitar, recorded July 6, 2012, for the property at 17690 Wabash Ave., Fontana, CA 92336.

    e.    2012-0272120 - Executed by Moussa Bachoura in favor of the United States of America for the purpose of securing payment resulting from the execution of bond on behalf of Raymond J. Bitar, recorded July 6, 2012, for the property at 14151 Carmel St., Fontana, CA 92335. Note that the Deed of Trust erroneously lists the address as 15151 Carmel St., Fontana, CA 92335.

SO ORDERED.

Dated:    New York, New York
            May 6, 2013

                                    _____
                                    LORETTA A. PRESKA
                                    Chief U.S. District Judge